

**Child Support Recovery Service, Inc.**

Supporting Your Efforts To Support Your Family

P.O. Box 547 • 529 S. Second Street • Elkhart, IN 46516
Phone: 574-296-1543
Toll Free: 800-607-5437

Web site: www.childsupportrecovery.com

April 20, 2015

Clerk of the Court
Richard B Russell Federal Building and Courthouse
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, GA 30303-3361

Re: Case No. 1:15-CV-0948
Michael D. Tyler
Plaintiff
Vs.
Child Support Recovery Service, Inc.
Defendant

Dear James N. Hatten, Clerk,

Please file this response regarding the above referenced case.

My name is David Conder the President of Child Support Recovery Service, Inc. incorporated in the State of Indiana since 1994. This company is also registered with the State of Georgia to provide private child support enforcement services since the registration process began in 2009.

Child Support Recovery Service, Inc. located at PO Box 547 Elkhart, Indiana 46515 has been named as a Defendant in the above referenced case.

Neither Child Support Recovery Service, Inc. nor any of its representatives have ever had any communication with the Plaintiff Michael D. Tyler, written, verbal or in person. The representations made in the complaint filed do not reflect the actions of anyone associated with Child Support Recovery Service Inc.

We have conducted an extensive search of our records to match the Plaintiff and his address to any communication made on behalf of Child Support Recovery Service, Inc. and determined no such communication exists.

I humbly request that the Plaintiff review the information that lead him to believe this agency was responsible for the communications referenced in his complaint and feel free to contact me if necessary. The temporary restraining order he seeks will be useless unless he identifies the proper defendant.

Sincerely,

David Conder, President
Child Support Recovery Service, Inc.

Cc: Michael D Tyler, 5490 Carriage Walk Way, Stone Mountain, GA 30087